**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                     CASE NO. 8:10-CR-98-T-17-TBM

ELEAZAR SOTO and
ELIAS GUADALUPE SOTO

_____/

## ORDER

This cause comes before the Court on the defendants' motions to modify custody/facility recommendation (Docs. 445 and 446). The Court has reviewed the motions and finds them well taken. Accordingly, it is.

**ORDERED** that the defendants' motions to modify custody/facility recommendation (Docs. 445 and 446) b**e granted** and the Court makes the following recommendations for custody/facility placement, as requested in the motions: for Eleazar Soto, First: FCI Jessup, Second FCC Coleman, and Third FPC Pensacola and for Elias Guadalupe Soto First: FCI Jessup and Second FCC Coleman. A copy of this order is to be provided to the U.S. Probation Office to be placed in the files of the defendants and is to be attached to their Judgment and Commitment orders.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of March, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record